# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD EARL ESSEX, JR.,
            Appellant,

vs.

THE STATE OF NEVADA,
            Respondent.

No. 80500

**FILED**

MAY 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order finding appellant competent to proceed with criminal adjudication. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal revealed a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court decision and order finding appellant competent to proceed with adjudication. *Castillo v. State*, 106 Nev.349, 352, 792 P.2d 1133, 1135 (1990) (where no statute or court rule provides for an appeal, no right to appeal exists). This court issued an order to show cause, appellant filed a response to the order to show cause, and respondent filed a reply to the response.

Appellant acknowledges that no statute or court rule provides for an appeal from a decision regarding a competency determination, but argues that this appeal should not be dismissed for lack of jurisdiction on equitable grounds. Respondent notes that equitable principles will not

20-16615

justify a court's disregard of statutory requirements. *See Pellegrini v. State*, 117 Nev. 860, 878, 34 P.3d 519, 531 (2001). We lack jurisdiction and ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Linda Marie Bell, Chief Judge
   TCM Law
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk